```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS

BEST PALLETS INC. and BEST INDUSTRIAL
PALLETS, L.L.C., by and through their President
and Owner JAMES L. TAYLOR; ITNOLAP
PALLET & CRATING, INC., by and through its
President and Owner WILLIAM M. CLARK;
ITNOLAP PALLET & CRATING, L.L.C., by and
through its President and Half-Owner WILLIAM M.
CLARK; PALLET EXPRESS, INC., by and through
its Vice-President and Owner LYNN RIDGE BELL;
and GOEMAN'S WOOD PRODUCTS, INC., by and
through its President and Owner DANNY J.
GOEMAN, for themselves and all others similarly
situated                                                        PLAINTIFFS

        v.                     Case No: 08-2012

BRAMBLES INDUSTRIES, INC., and BRAMBLES
NORTH AMERICA, INC., d/b/a, CHEP USA                            DEFENDANTS
```

## O R D E R

Currently before the Court is the Motion for Permission to File Documents under Seal by Defendants Brambles Industries, Inc. and Brambles North America, Inc., d/b/a CHEP USA. (Doc. 70). Pursuant to the Stipulation for Protective Order Pertaining to Confidential Information (Doc. 59) entered by the Court and Federal Rule of Civil Procedure 5.2, Defendants request that the Court permit them to file the following documents under seal: (1) Defendants' Brief in Opposition to Motion for Class Certification; (2) expert reports, with attachments; (3) declarations of CHEP employees and others, with attachments; and (4) excerpts of deposition transcripts. The Court, being well and sufficiently advised, finds that the Motion should be **GRANTED.**

IT IS SO ORDERED this 24th day of February, 2009.

>  */s/ Robert T. Dawson*
>  Honorable Robert T. Dawson
>  United States District Judge