IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| BEST PALLETS INC. and BEST INDUSTRIAL PALLETS, L.L.C., by and through their President and Owner JAMES L. TAYLOR; ITNOLAP PALLET & CRATING, INC., by and through its President and Owner WILLIAM M. CLARK; ITNOLAP PALLET & CRATING, L.L.C., by and through its President and Half-Owner WILLIAM M. CLARK; PALLET EXPRESS, INC., by and through its Vice-President and Owner LYNN RIDGE BELL; and GOEMAN'S WOOD PRODUCTS, INC., by and through its President and Owner DANNY J. GOEMAN, for themselves and all others similarly situated,<br>      PLAINTIFFS AND PROPOSED CLASS<br>      REPRESENTATIVES,<br><br>vs.<br><br>BRAMBLES INDUSTRIES, INC., and BRAMBLES NORTH AMERICA, INC., d/b/a CHEP USA,<br>      DEFENDANTS. | Case No:  08-2012<br>The Honorable Robert T. Dawson<br>U.S. District Judge |

**MOTION FOR EXCLUSION OF EXPERT OPINIONS OF
DR. MARSHALL WHITE, DR. STEPHEN SCHNEIDER,
DR. JUDD MICHAEL, DR. CHARLES RAY, AND DR. GARY FRENCH**

CHEP respectfully requests that the Court exclude the expert reports and testimony of

Drs. Marshall White, Stephen Schneider, Judd Michael, Charles Ray, and Gary French pursuant

to Rule 702 of the Federal Rules of Evidence for the reasons set forth in the attached

Memorandum, which it incorporates here by reference.

.

                                                Respectfully submitted,

| | |
|---|---|
| Clifford W. Plunkett | /s/ *William J. Kolasky*_____ |
| FRIDAY ELDREDGE & CLARK, L.L.P. | William J. Kolasky |
| 3425 North Futrall Drive, Suite 103 | Eric Mahr |
| Fayetteville, AR 72703-4811 | WILMER CUTLER PICKERING HALE |
| (479) 695-1103 Telephone |   AND DORR LLP |
| (501) 244-5343 Facsimile | 1875 Pennsylvania Avenue, N.W. |
| plunkett@fec.net | Washington, D.C. 20006 |
| **OF COUNSEL** | 202-663-6000 Telephone |
| | 202-663-6363 Facsimile |
| | william.kolasky@wilmerhale.com |
| | eric.mahr@wilmerhale.com |
| | **COUNSEL FOR THE DEFENDANTS** |

## **CERTIFICATE OF SERVICE**

      I, William J. Kolasky, hereby certify that on February 26, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to Herb Schwartz, counsel for plaintiffs.

                                                                      /s/  *William J. Kolasky*