```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
```

BEST PALLETS INC. and BEST INDUSTRIAL
PALLETS, L.L.C., by and through their President
and Owner JAMES L. TAYLOR; ITNOLAP
PALLET & CRATING, INC., by and through its
President and Owner WILLIAM M. CLARK;
ITNOLAP PALLET & CRATING, L.L.C., by and
through its President and Half-Owner WILLIAM M.
CLARK; PALLET EXPRESS, INC., by and through
its Vice-President and Owner LYNN RIDGE BELL;
and GOEMAN'S WOOD PRODUCTS, INC., by and
through its President and Owner DANNY J.
GOEMAN, for themselves and all others similarly
situated                                                                    PLAINTIFFS


        v.                     Case No: 08-2012


BRAMBLES INDUSTRIES, INC., and BRAMBLES
NORTH AMERICA, INC., d/b/a, CHEP USA                                         DEFENDANTS

## O R D E R

Currently before the Court is Plaintiffs' Motion to Remove From the Public Record Filings that Include Confidential Information. (Doc. 87). For their motion, Plaintiffs state that they mistakenly filed confidential information as part of the public record when they replied to their class certification motion and responded to Defendants' *Daubert* motion. The Court, being well and sufficiently advised, finds that Plaintiffs' motion should be, and hereby is, **GRANTED**. The Office of the Clerk of the Court is hereby ordered to remove the following documents from the public record:

1. Plaintiffs' Reply Memorandum/Brief Regarding Class Certification. (Doc. 84).

2.  Plaintiffs' Opposition to Defendants' Motion for Exclusion of Expert Opinions of Dr. Marshall White, Dr. Stephen Schneider, Dr. Judd Michael, Dr. Charles Ray, and Dr. Gary French. (Doc. 85).

3.  Responsive Expert Report of Drs. Ray and Michael. (Docs. 84-1 & 85-1).

4.  Responsive Expert Report of Gary L. French, PhD. (Docs. 84-2 & 85-2).

5.  Responsive Report of Dr. Stephen A. Schneider, PhD. (Docs. 84-3 & 85-3).

IT IS SO ORDERED this 1st day of April, 2009.

/s/ Robert T. Dawson  
Honorable Robert T. Dawson  
United States District Judge