IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


BEST PALLETS INC., et al.                                    PLAINTIFFS

            v.              Case No. 2:08-CV-2012-RTD

BRAMBLES INDUSTRIES INC., et al.                             DEFENDANTS


**AMENDED SCHEDULING ORDER**

Now on this 24th day of AUGUST, 2009, the Court amends the previous Final

Scheduling Order (Pleading #61) filed December 24, 2008, as designated herein.

**1.  Trial Date.**  This case is again **RESET** for JURY trial during the week of JULY 6,  2010,  in

Fort Smith, Arkansas, beginning at 9:00 a.m.  Attorneys are directed to be to the courtroom by

8:30 a.m. on the first morning of trial

**2.  Discovery.**  The discovery cutoff is MARCH 19, 2010.  No discovery will be initiated after

the discovery cutoff date without the mutual agreement of the parties or leave of the court being

obtained.  Depositions, including depositions for use as evidence, must be completed prior to the

discovery cutoff date.  Motions to compel must be filed no later than 45 days prior to the

scheduled trial date.

**3.  Motions.**  Potentially dispositive motions must be filed with the Clerk of the Court by APRIL

16, 2010.  Unless otherwise stipulated by the parties, motions to join other parties or amend the

pleadings must be filed with the Clerk of the Court within 90 days of the issues being joined

unless good cause is shown for delay.  Motions in limine or other motions to exclude evidence

must be filed in writing with the Clerk of the Court not less than five (5) working days prior to

the scheduled trial date or as stipulated by the parties.

**4. Pretrial Disclosure Sheets.**  Pretrial disclosure sheets must be filed with the Clerk of the Court 30 days before trial.  An outline for the pretrial disclosure sheet is in Local Rule 26.2.  Objections to the pretrial disclosure sheets must be filed with the Clerk of the Court within 14 days after the filing of the pretrial disclosure sheets.  Consult Federal Rule of Civil Procedure 26(a)(3) for the type of objections which may be made and the type of objections which will be deemed waived if not raised.

**5. Jury Instructions/Proposed Findings of Fact and Conclusions of Law.**  In all jury cases, proposed instructions shall be submitted to the court, with copies to other counsel, not later than fourteen days prior to the scheduled trial date.  Citations of authority for any instruction requested shall be made either on the instruction or by separate statement.  In non-jury cases, proposed findings of fact and conclusions of law shall be submitted not later than fourteen days prior to the scheduled trial date.

**6. Jury Selection**.  All civil jury trials shall be to an eight-person jury unless otherwise ordered by the court upon written request made by a party.

**7. Expert Disclosure.**  Unless otherwise stipulated by the parties, expert disclosure must be made not later than 90 days prior to the scheduled trial date and rebuttal expert disclosure must be made within 30 days thereafter.  These disclosures are not to be filed.

Counsel are cautioned that multiple "experts" will not be permitted to testify for a party at trial in respect to the same, or substantially similar, issues without leave of the court being first obtained prior to commencement of trial, upon good cause shown.  In this respect, if any such "expert" witness is not permitted by the court to testify, the court may award to the other side, and require the offending party and/or his attorney to pay, the costs and expenses, including reasonable attorney's fees, incurred as a result of the listing of such person as a potential "expert"

witness in response to discovery requests or a designation of such person as an expert witness as set out in this order.

**8.  Settlement.**  In the event of settlement, the court should be advised by notifying Ms. Mokihana Presley at 479-783-2898.  However, a case will not be removed from the trial docket until an order of disposition is received by the court, and if no such order is received by the time the matter is reached for trial, it will be called for trial and tried or otherwise disposed of.

**9.  Settlement Conferences.**  The court has authorized the U.S. Magistrate Judges for the Western District of Arkansas to conduct settlement conferences in selected cases.  Accordingly, settlement conferences:

     A.    <u>may</u> be conducted if it appears to the U.S. Magistrate Judge reviewing the pleadings and other matters appearing on the face of the matter, that such would be useful;

     B.    <u>may</u> be conducted if either party requests the same and the reviewing U.S. Magistrate Judge believes such would be useful; and

     C.    <u>will</u> be conducted if both parties so request.

If appropriate, settlement conferences will be conducted:

* in the Fort Smith, Fayetteville and Harrison Divisions by Hon. James R. Marschewski, U.S. Magistrate Judge, P.O. Box 1525, Fort Smith, AR 72902

* in the El Dorado, Hot Springs and Texarkana Divisions by Hon. Barry A. Bryant, U.S. Magistrate Judge, 500 N. State Line Blvd., Rm. 302, Texarkana, AR 71854.

**10.  Notice to Counsel Re Faxed Materials.**  You are notified that you are not to transmit to this court by facsimile machine any pleadings or other papers unless prior arrangements are made with a member of the staff of this court or the staff of the clerk of the court.  Materials are not to be transmitted by this method except in the case of genuine emergencies, and the fact that

counsel have not timely made such filings or submitted such materials before the applicable

"deadline" will not be considered an "emergency" except for good cause shown for such delay.

Pleadings or other materials transmitted by this method without prior approval will not be

considered to be "filed" or "received" for any purpose.

**11.  Continuances.**    No continuances will be granted except for good cause shown.  That

discovery is not complete or that parties are otherwise not ready for trial will not normally be

considered to be good cause.

/s/ Robert T. Dawson

Robert T. Dawson
United States District Judge