IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

BEST PALLETS INC. and BEST INDUSTRIAL
PALLETS, L.L.C., by and through their President
and Owner JAMES L. TAYLOR; ITNOLAP
PALLET & CRATING, INC., by and through its
President and Owner WILLIAM M. CLARK;
ITNOLAP PALLET & CRATING, L.L.C., by and
through its President and Half-Owner WILLIAM M.
CLARK; PALLET EXPRESS, INC., by and through
its Vice-President and Owner LYNN RIDGE BELL;
and GOEMAN'S WOOD PRODUCTS, INC., by and
through its President and Owner DANNY J.
GOEMAN, for themselves and all others similarly
situated                                              PLAINTIFFS

         v.              Case No: 08-2012

BRAMBLES INDUSTRIES, INC., and BRAMBLES
NORTH AMERICA, INC., d/b/a CHEP USA            DEFENDANTS

**O R D E R**

Currently before the Court is Plaintiffs' Unopposed Motion to Permit Voluntary Dismissal of Plaintiffs Pursuant to Rule 41(a)(2) Fed.R.Civ.P. Without Prejudice. (Doc. 119). The Court, being well and sufficiently advised, finds that Plaintiffs' complaint should be, and hereby is, **DISMISSED WITHOUT PREJUDICE.** Pursuant to agreement by the parties, each party shall bear its own costs.

IT IS SO ORDERED this 17th day of February 2010.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge